UNITED STATES DISTRICT COURT

DISTRICT OF

THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

APR - 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **WAIVER OF INDICTMENT** |
| v. ) | |
| ) | CASE NUMBER: **CR 08 - 00012** |
| ROBIN NORITA SABLAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, **ROBIN NORITA SABLAN**, the above named defendant, who is accused of:

Extortion Under Color of Official Right, in violation of Title 18, United States Code, Section 1951, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on April 9, 2008 prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
ROBIN NORITA SABLAN
Defendant

_____
JOEY P. SAN NICHOLAS
Counsel for Defendant

Before _____
HONORABLE ALEX R. MUNSON
Chief Judge