FILED
Clerk
District Court

APR -9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:   (670) 236-2980
Fax:         (670) 236-2985

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBIN NORITA SABLAN, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 08 - 00012 <br><br> INFORMATION <br><br> Title 18, U.S.C. § 1951 - Extortion Under Color of Official Right (Ct. 1). |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

### EXTORTION UNDER COLOR OF OFFICIAL RIGHT

From on or about September 18, 2004 to on or about March 20, 2006, in the District of the Northern Mariana Islands, ROBIN NORITA SABLAN, the defendant, unlawfully, knowingly and willfully, committed extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), by obtaining property from others, with their consent, under color of official right, and thereby obstructed, delayed and affected commerce, and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, the defendant, while employed as an Assistant Probation Officer by the Commonwealth of the Northern

-2-

1  Mariana Islands Office of Adult Probation, demanded and received money from defendants under his
2  supervision in return for promises of favorable official action with respect to said defendants' terms of
3  probation, in violation of Title 18, United States Code, Section 1951(a).

5  Dated this 9th day of April, 2008.

                            LEONARDO M. RAPADAS
                            United States Attorney
                            District of the Northern Mariana Islands

By:   ERIC S. O'MALLEY
       Assistant U.S. Attorney