# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00012                                                                    April 9, 2008
                                                                                9:40 a.m.

### UNITED STATES OF AMERICA -V- ROBIN N. SABLAN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT
           ROBIN N. SABLAN, DEFENDANT

PROCEEDINGS:   **WAIVER OF INDICTMENT; FILING OF INFORMATION AND ENTRY OF PLEA**

Defendant appeared with counsel, Attorney Joey San Nicolas. Government was represented by Eric O'Malley, AUSA. Margarita Wonenburg, U.S. Probation Officer, was also present.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Waiver of Indictment and Plea.

Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Defendant waived reading of the Information.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered that a Presentence Investigation Report be submitted by Tuesday, June 10, 2008 and that the **Sentencing hearing be set for Tuesday, July 15, 2008 at 9:00 a.m.**

Government recommended an unsecured bond of $5,000 and the appropriate release conditions. Defense had no objection to the unsecured bond and release conditions.

Court ordered the defendant released on the following conditions:

1) That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

2) The defendant must not leave the island of Saipan without written permission from the Court;

3) That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

4) That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

5) That the defendant execute a **unsecured** bond in the amount of $5,000;

6) That the defendant shall surrender his passport and any other travel documents and not obtain any other travel documents or passport; (it was noted that the defendant's passport is currently with the Superior Court and that, if and when, the defendant's case in that Court is dismissed that the passport be transmitted to the U.S. District Court.)

7) That the defendant refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner in the CNMI;

8) That the defendant submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing;

9) That the defendant shall refrain from any and all alcohol;

10) That the defendant shall gain and maintain lawful employment;

11) That the defendant avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject case: and

12) That the defendant shall participate in a program for substance abuse therapy and counseling if deemed advisable by the supervising officer.

Court ordered that the defendant be remanded into the custody of the U.S. Marshal for processing.

Adjourned at 10:20 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy