F I L E D
Clerk
District Court

APR -9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 08-00012 |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| ROBIN N. SABLAN, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **June 10, 2008.** Sentencing is scheduled for **Tuesday, July 15, 2008** commencing at the hour of nine o'clock a.m.

DATED this 9th day of April, 2008.

ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)