PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

F I L E D
Clerk
District Court

APR 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Melinda Brunson<br>U.S. Probation Officer<br>District of Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |

[X] **Original Notice**           [ ] Disposition of Original Notice

**Date:** April 9, 2008           **Date:** _____

**BY:** Honorable Alex R. Munson   **BY:** _____

---

Defendant:       Robin Norita Sablan        Case Number:   CR 08-00012-001

Date of Birth:   XX-XX-1978                 Place of Birth: CNMI

SSN:             XXX-XX-2055

---

**NOTICE OF COURT ORDER** (Order Date:   April 9, 2008   )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)