```
                                                        F I L E D
                                                           Clerk
                                                       District Court

                                                        MAY - 2 2008

                                                For The Northern Mariana Islands
                                                By_____
                                                         (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 08-00012-001 |
| Plaintiff, ) | |
| ) | INFORMATIONAL REPORT |
| vs. ) | |
| ROBIN N. SABLAN, ) | |
| Defendant. ) | |

Re:　Violation of Pretrial Release Conditions, Request for Modification

On April 9, 2008, Mr. Robin N. Sablan appeared before Chief Judge Alex R. Munson, District of the Northern Mariana Islands, with appointed counsel, Mr. Joseph San Nicolas, for a hearing at which time he waived Indictment and entered a plea of guilty to an Information charging him with one count of Extortion Under Color of Official Right, in violation of 18 U.S.C. § 1951. The Court accepted his plea and adjudged him guilty of the offense. Sentencing was set for July 15, 2008. The defendant was allowed to remain at liberty under the following conditions: that he submit to pretrial services supervision; that he post a $5,000 unsecured bond; that he maintain or actively seek employment; that the surrender his passport and obtain no new passport; that he not leave the island of Saipan without written permission from the Court; that he avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; that he refrain from any alcohol; that he refrain from the use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; that he submit to any method of testing required by the pretrial services office or supervising officer for

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions
Re: SABLAN, Robin N.
Criminal Case No 08-00012-001
May 2, 2008
Page 2

determining whether he is using a prohibited substance; that he participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

The defendant is alleged to have violated the following conditions:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.*

On April 20, 2008, Mr. Sablan failed to report to Marianas Psychiatric Services (MPS) for a random urinalysis. The following day, this officer contacted him and instructed him to report for a non-compliance meeting. He reported and was subjected to a drug test, which was presumptive positive for methamphetamine and amphetamine. Mr. Sablan admitted in writing that he smoked "ice" on April 19, 2008.

This officer counseled Mr. Sablan regarding his illegal drug use. Mr. Sablan recognizes that he needs help and is willing to make the necessary changes to improve his life.

Mr. Sablan submitted to an intake assessment and mental health evaluation by Dr. Judith Avery from MPS on April 19, 2008. She determined that aside from a polysubstance abuse issue, he is suffering from an addiction to gambling. Dr. Avery recommended that Mr. Sablan attend weekly counseling sessions and be required to avoid poker or game rooms.

**Recommendation:** At this time, it is recommended that the Court modify Mr. Sablan's pretrial release conditions, pursuant to 18 U.S.C. §3142(c)(3) to include:

1. The defendant will stay away from all poker and game rooms.

The officer recognizes the complexity of Mr. Sablan's issues and the fact that he is reaching out for help. The officer hopes that Mr. Sablan can benefit from continued

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions
Re: SABLAN, Robin N.
Criminal Case No 08-00012-001
May 2, 2008
Page 3

counseling and support from this office. He will be closely monitored and further violations will be reported to the Court immediately. Mr. Sablan and his attorney have agreed to the proposed modification and have executed Pretrial Services Form PS42, Consent to Modify Conditions of Release.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____

MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:　Eric O'Malley, Assistant U.S. Attorney
　　　Joseph San Nicolas, Defense Counsel
　　　File

PS 42
(Rev. 07/93)

# United States District Court
### District of the Northern Mariana Islands

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Robin Norita Sablan** | ) | Case No: 08-00012-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Robin Norita Sablan_, have discussed with _Melinda N. Brunson_, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

- The defendant will stay away from all poker and game rooms.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_    5-1-08    _[signature]_    5/1/08
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    5/01/08
Signature of Defense Counsel    Date

☒ The above modification of conditions of release is orderd, to be effective on 5-2-08

☐ The above modification of conditions of release is *not* ordered.

_[signature]_    5-2-08
Signature of Judicial Counsel    Date