IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBIN NORITA SABLAN,<br><br>　　　　　　Defendant. | ) CRIMINAL CASE NO. 08-00012-001<br>)<br>)<br>)   **REQUEST TO CONTINUE**<br>)   **SENTENCING HEARING**<br>)<br>)<br>)<br>) |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for July 17, 2008 at 9:00 am. The officer needs additional time to contact the victims in the case. The attorney for the defendant and the government have no objection to a continuance.

　　　　　　　　　　　　　　　　　　　　　ROSSANNA VILLAGOMEZ-AGUON
　　　　　　　　　　　　　　　　　　　　　Chief U.S. Probation Officer

DATE: 6/18/08　　　　By: _____
　　　　　　　　　　　　　　　MELINDA N. BRUNSON
　　　　　　　　　　　　　　　U.S. Probation Officer

Approved by:

_____
CHRISTOPHER J. BUENAS
U.S. Probation Officer Specialist