F I L E D
Clerk
District Court

JUN 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBIN NORITA SABLAN,<br><br>Defendant. | Criminal Action No. 08-00012-01<br><br><br>Order Continuing Sentencing |

Eric S. O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Joey P. San Nicholas
Attorney at Law
P.O. Box 571
Tinian, MP 96952

Pursuant to the request of the United States Probation Officer and there being

no objection from the government and the attorney for the defendant, the sentencing for

Robin Norita Sablan scheduled for Tuesday, July 15, 2008, is rescheduled to

Wednesday, August 27, 2008, at 8:30 a.m.

IT IS SO ORDERED.

DATED this 18th day of June, 2008.


_____
Judge Alex R. Munson