F I L E D
Clerk
District Court

AUG 22 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00012-001 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO CONTINUE** |
| vs. ) | **SENTENCING HEARING** |
| ) | |
| ROBIN NORITA SABLAN, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for August 27, 2008 for an additional three weeks to September 17, 2008. The officer needs additional time to contact the victims in the case. The attorney for the defendant and the government have no objection to a continuance.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

DATE: 8/21/08          By: _____
                            MELINDA N. BRUNSON
                            U.S. Probation Officer

Approved by:

_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist