F I L E D
Clerk
District Court

AUG 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00012-001 |
| | ) | |
| Plaintiff | ) | |
| | ) | AMENDED |
| v. | ) | ORDER GRANTING |
| | ) | MOTION TO CONTINUE |
| ROBIN NORITA SABLAN, | ) | SENTENCING DATE |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

BASED UPON the representations of Probation Officer Brunson in her request to continue the sentencing date, and there being no objection from attorneys for plaintiff and defendant; NOW, THEREFORE,

IT IS ORDERED that defendant's sentencing date be and hereby is continued from August 27, 2008, to **September 17, 2008, at 9:00 a.m.**

DATED this 28th day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)